# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00284-MR-WCM

| | |
|---|---|
| **CLEVELAND COUNTY COURT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **GENEVA ERIN ROBINSON,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On October 2, 2020, the Defendant filed a Notice of Removal purporting to remove a criminal action from the Cleveland County General Court of Justice.[1] [Doc. 1]. The Defendant filed this Notice of Removal without paying the required filing fee or filing a motion to proceed without the prepayment of fees or costs. On October 7, 2020, the Clerk of Court sent the Defendant a Notice of Deficiency, giving her twenty-one (21) days to either pay the required filing fee or file the necessary motion. [Doc. 2]. In the Notice, the Defendant was warned that failure to comply with the Notice

---

[1] No state court pleadings were attached to the Defendant's Notice of Removal.

"may result in the dismissal of this action without prejudice for failure to prosecute." [Id. at 1].

More than 21 days have now passed since the entry of the Clerk's Notice, and the Defendant has failed to take any action in this case.

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.** Signed: November 12, 2020

Martin Reidinger
Chief United States District Judge