# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Cleveland County Court, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00284-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Geneva Erin Robinson, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 12, 2020 Order.

November 12, 2020

_____
Frank G. Johns, Clerk
United States District Court